IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Johnson, Brenda | Case Number:  06 B 08679 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/29/08 | Filed:  7/20/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  September 25, 2008
Confirmed:  October 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 21,311.00 | |
| Secured: | | 12,250.04 |
| Unsecured: | | 4,989.25 |
| Priority: | | 0.00 |
| Administrative: | | 2,424.00 |
| Trustee Fee: | | 1,130.99 |
| Other Funds: | | 516.72 |
| Totals: | 21,311.00 | 21,311.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,424.00 | 2,424.00 |
| 2. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 6. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 7. | Capital One Auto Finance | Secured | 12,250.04 | 12,250.04 |
| 8. | Nicor Gas | Unsecured | 569.91 | 569.91 |
| 9. | Capital One | Unsecured | 1,066.96 | 1,066.96 |
| 10. | Capital One | Unsecured | 1,053.59 | 1,053.59 |
| 11. | Jefferson Capital | Unsecured | 246.62 | 246.62 |
| 12. | B-Real LLC | Unsecured | 1,936.00 | 1,936.00 |
| 13. | Verizon Wireless | Unsecured | 165.72 | 116.17 |
| 14. | World Com | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Comcast | Unsecured | | No Claim Filed |
| 18. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 19. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 20. | AT&T Wireless | Unsecured | | No Claim Filed |
| | | | $ 19,712.84 | $ 19,663.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Brenda | | Case Number: 06 B 08679 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 10/29/08 | | Filed: 7/20/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 31.58 |
| 4.8% | 197.85 |
| 5.4% | 692.39 |
| 6.5% | 209.17 |
| | $ 1,130.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

